889 A.2d 38

Christopher M. RODLAND, Petitioner

v.

DEPARTMENT OF CORRECTIONS, Robert Shannon, David L. Popek, Cindy Walasavage, Cindy Kozar, Respondents.

Supreme Court of Pennsylvania.

Oct. 11, 2005.

## ORDER

PER CURIAM.

AND NOW, this 11th day of October, 2005, the Order of June 2, 2004 is vacated. The petition for allowance of appeal is denied. *See, Buck v. Beard,* 583 Pa. 431, 879 A.2d 157 (2005).